

# United States District Court
## Eastern District of California

| Gualdini Peralta Mej ia |
| :--- |
Plaintiff(s)

V.

| Warden, Mesa Verda Detention Center, et al. |
| :--- |
Defendant(s)

Case Number: | 1:26-cv-01174-DJC-AC (HC)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Charles Toland Meredith, Esq._____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Gualdini Peralta Mej ia(Petitioner)

On _____10/1 3/99 7_____ (date), I was admitted to practice and presently in good standing in the
_____State o f Nevada_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)
 1:26-cv-799-Paz Aguiluz, Jafet Esau v. Christopher Chestnut, et. at.- 2/2/2023-Granted



Date:_____02/10/2 026_____          Signature of Applicant: / s/ _Charles T. Meredith_____

**Pro Hac Vice Attorney**

Applicant's Name: Charles Toland Meredith, Esq.

Law Firm Name: Amervisa Immigration Law Offices

Address: 5701 West Slauson Avenue

Ste. 100

City: Culver City     State: NV     Zip: 90230

Phone Number w/Area Code: (310) 945-5998

City and State of Residence: El Monte, California

Primary E-mail Address: charles.amervisa@gmail.com

Secondary E-mail Address: mongo711711@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nancy Juarez, Esq.

Law Firm Name: Amervisa Immigration Law Office

Address: 5701 W Slauson Ave.

Ste. 100

City: Culver City     State: CA     Zip: 90230

Phone Number w/Area Code: (702) 703-9518     Bar # #356209

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 10, 2026

_Daniel J. Calabretta_

JUDGE, U.S. DISTRICT COURT